**TO: Clerk's Office**
  **UNITED STATES DISTRICT COURT**
  **EASTERN DISTRICT OF NEW YORK**
_____

  **APPLICATION FOR LEAVE**
   **TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States of America

                    -v.-                        24-MJ-481_____

Jacob Israel Walden                        Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Leonid Sandlar_____
Firm Name: DOJ - USAO EDNY_____
Address:   271-A Cadman Plaza East
_____  Brooklyn, NY 11201_____
Phone Number: 718-254-6879_____
E-Mail Address: leonid.sandlar@usdoj.gov_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES_____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

ongoing investigation, risk of flight_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Brooklyn
                                              , NEW YORK
     7/30/24
_____    *Cheryl Pollak*_____

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                                        DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

     7/30/2024_____              *Leonid Sandlar*_____
          DATE                              SIGNATURE

KTF:LS
F. #2024R00485

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

JACOB ISRAEL WALDEN,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT</u>

24-MJ-481

(18 U.S.C. § 2252(a)(4)(B))

EASTERN DISTRICT OF NEW YORK, SS:

JACLYN DUCHENE, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

On or about April 21, 2024, within the Eastern District of New York and elsewhere, the defendant JACOB ISRAEL WALDEN did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images in digital files contained on a silver Apple iPhone, and which visual depictions had been mailed, and shipped and transported in, and using a means and facility of, interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Section 2252(a)(4)(B))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.    I am a Special Agent with HSI since December 2016 and am currently assigned to the Newark Field Office.   Since August 2022, I have been assigned to the Child Exploitation Group.   During my tenure with HSI, I have participated in the investigation of cases involving crimes against children.   Specifically, I have experience investigating cases involving production, receipt, distribution and possession of child pornography and I have conducted physical and electronic surveillance, executed search warrants, reviewed and analyzed electronic devices and interviewed witnesses.   As part of my employment with HSI, I successfully completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and Immigration and Customs Enforcement Special Agent Training, both of which included instruction with respect to the application for, and execution of, search and arrest warrants, as well as the application for criminal complaints, and other legal processes.

2.    I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.   Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

3.    During an investigation of a child pornography production and distribution scheme, law enforcement identified an account on a digital payment application ("Payment App-1") that was utilized for the purpose of receiving payments from buyers of child pornography ("Receipt Account-1").   Receipt Account-1 was associated with several different usernames,

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

including User Name-1 and User Name-2.   Law enforcement officers identified a series of payments into Receipt Account-1 from a Payment App-1 account bearing the name "JW0543" ("Payment Account-1").   Law enforcement officers also identified a credit card account number on file with Payment App-1 that was linked to Payment Account-1 ("Credit Card-1").   Through subsequent investigative steps, law enforcement officers were able to link the defendant JACOB ISRAEL WALDEN to Payment Account-1.

4.   On or about April 21, 2024, the defendant JACOB ISRAEL WALDEN entered the secure, outbound jetway of Terminal #7 of John F. Kennedy Airport for departure on Norse Airlines Flight #402 to Rome, Italy.   Upon his commitment to immediate departure from the United States, law enforcement officers conducted a border search of the items in WALDEN's possession, including a silver Apple iPhone (the "Apple iPhone").   WALDEN declared the Apple iPhone as his property and provided his phone number as Phone Number-1. WALDEN voluntarily provided law enforcement officers the password to his Apple iPhone.

5.   During the border search, the defendant JACOB ISRAEL WALDEN presented a wallet from his pants pocket in which law enforcement located Credit Card-1, the card linked as a source of payment for Payment Account-1, the account utilized for payments related to the production and distribution of child sexual abuse material.

6.   Law enforcement officers also conducted a preliminary manual search of the Apple iPhone pursuant to border search authority.   Upon conducting the preliminary manual search, law enforcement identified a Payment App-1 account bearing the name "Jake W" ("Payment Account-2") found on the Apple iPhone.

7.   At that time, law enforcement officers, in response to the defendant JACOB ISRAEL WALDEN's inquiry, stated to WALDEN that he had been identified as a

subject of interest during an ongoing investigation and that officers were interested in WALDEN's communication with User Name-1 and User Name-2 on Payment App-1. WALDEN responded that User Name-1 and User Name-2 were not "one person" but a "group" that "went by different names."   In apparent reference to child sex abuse material, WALDEN stated that he went to "rehab" and that his wife was aware of his "issues."

8.   Pursuant to border authority, law enforcement agents conducted a forensic extraction of the Apple iPhone.   Phone Number-1 was identified as the number assigned to the Apple iPhone.   Law enforcement identified multiple conversations within the Apple iPhone involving the production, distribution, and receipt of images and videos of possible child sexual abuse material.   Additionally, law enforcement identified images and videos containing child sexual abuse material on the Apple iPhone.

9.   On the Apple iPhone, law enforcement was able to identify at least two images of a pubescent female with her breasts and vagina exposed to the camera.   Law enforcement identified digital timestamps on the images showing "creation dates" on or about March 29, 2023.   Law enforcement also identified payments from Payment Account-2 on or about March 29, 2023.

10.   Law enforcement officers were able to identify the pubescent female pictured in at least two of the images found on the Apple iPhone ("Minor Victim-1") and interviewed her.   Minor Victim-1 was approximately 16 years old when the child sexual abuse material images were produced and sent to the defendant JACOB ISRAEL WALDEN.   Minor Victim-1 confirmed her payment application account that received payment for images from WALDEN's payment application.

5

11.    The investigation revealed that the defendant JACOB ISRAEL WALDEN sent payment to Minor Victim-1 through Payment Account-2, linked to Phone Number-1 and utilizing funding source Credit Card-1, the same payment account, phone number, and credit card that were linked to WALDEN during the border search on April 21, 2024.

12.    The defendant JACOB ISRAEL WALDEN is scheduled to travel abroad from John F. Kennedy Airport ("JFK") to Cancun, Mexico on Wednesday, July 31, 2024 at approximately 2:00 p.m.   Law enforcement agents expect to arrest WALDEN at JFK before he leaves the country.

13.    Because publicly filing this document could result in a risk of flight by the defendant JACOB ISRAEL WALDEN, as well as jeopardize the government's ongoing investigation, I respectfully request that this Affidavit and Complaint, as well as any arrest warrant issued in connection with this Affidavit and Complaint, be filed under seal.

WHEREFORE, I respectfully request that an arrest warrant be issued for the defendant JACOB ISRAEL WALDEN, so that he may be dealt with according to law.

_____
JACLYN DUCHENE
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
__30__ day of July, 2024

_____
THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

United States of America
v.
JACOB ISRAEL WALDEN

)
)
)
)
)
)

Case No.    24-MJ-481

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    JACOB ISRAEL WALDEN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B)

Date:    July 30, 2024

_Cheryl Pollak_
_Issuing officer's signature_

City and state:    Brooklyn, New York

The Honorable Cheryl L. Pollak
_Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____             _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____